

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00174-CV

**EX PARTE** Juan Jose **GARCIA**,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,044
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's brief was due to be filed with this court on July 10, 2015. This court granted Appellant's first motion for extension of time to file its brief until August 10, 2015. On the due date, Appellant filed a second motion for extension of time to file its brief until September 10, 2015, for a total extension of sixty-two days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than September 10, 2015. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file his brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court